FILED
2005 Nov-07  AM 09:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RAY ALLEN CLOPTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Civil Action No. CV 03-S-1813-S |
| | ) |
| **COI LASHUN REMBERT,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## **ORDER**

The magistrate judge filed a report and recommendation on August 15, 2005, recommending that all claims in this action, except the excessive force claim against defendant Moore and the failure to intervene claim against defendant Rembert, be dismissed pursuant to 28 U.S.C. 1915A(b)(1).  It was further recommended that plaintiff's remaining claims against defendants Moore and Rembert be referred to the magistrate judge for further proceedings.  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED.  It is therefore ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims in this action, except the excessive force

claim against defendant Moore and the failure to intervene claim against defendant Rembert, are DISMISSED pursuant to 28 U.S.C. § 1915A(b)(1). Accordingly, Warden Stephen Bullard is DISMISSED as a defendant in this action. It is further ORDERED that the remaining claims against defendants Moore and Rembert are REFERRED to the magistrate judge for further proceedings.

    DONE this 7th day of November, 2005.

                                                        */s/ Lynwood Smith*
                                                        United States District Judge