FILED
2007 Sep-07 PM 12:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RAY ALLEN CLOPTON,** | ) |
| **Plaintiff ,** | ) |
| v. | ) Case No. CV 03-S-1813-S |
| **COI LASHUN REMBERT,** *et al.*, | ) |
| **Defendants.** | ) |

**ORDER**

The magistrate judge filed a report and recommendation on June 25, 2007, recommending that the defendants' special reports be treated as a motion for summary judgment and, as so treated, that the motion be denied. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and his recommendation is ACCEPTED. Accordingly, the defendants' motion for summary judgment is DENIED. This matter is REFERRED to the magistrate judge for further proceedings.

DONE this 7th day of September, 2007.

                                                                                */s/ Lynwood Smith*
                                                               United States District Judge