UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RAY ALLEN CLOPTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No. 2:03-cv-01813-CLS-HGD** |
| ) | |
| **COI LASHUN REMBERT, et al.,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

This action is before the court upon defendants' renewed motion for summary judgment (doc. no. 71). The magistrate judge filed a report and recommendation on March 27, 2008, recommending that the motion be granted as to defendant Lashun Rembert and denied as to defendant Jeffrey Moore.[1] Defendant Moore filed objections to the magistrate judge's report and recommendation on April 7, 2008.[2] After careful consideration of Moore's objections, the record in this case, and the magistrate judge's findings and recommendation, the court hereby ADOPTS the findings of the magistrate judge. The court ACCEPTS the recommendation of the magistrate judge, and it is therefore ORDERED that defendants' renewed motion for summary judgment is GRANTED as to defendant Lashun Rembert and DENIED as to defendant Jeffrey

---

[1] *See* doc. no. 74.

[2] *See* doc. no. 75.

Moore. All claims against Lashun Rembert are hereby DISMISSED with prejudice.

The parties are reminded that, in accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, a United States magistrate judge of this district is available to conduct any or all proceedings in this case, including a jury or non-jury trial, and to order the entry of final judgment. Exercise of this jurisdiction by a magistrate judge is permitted if all parties voluntarily consent.

The clerk is directed to return this file to the magistrate judge for further proceedings.

DONE this 8th day of April, 2008.

_____
United States District Judge